**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Boyce Monk
Stockwell, Sievert
P. O. Box 2900
Lake Charles LA 70602

Linda Sarradet Akchin
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   00478-CA consolidated with 477-CA & 479-CA**

**NELSON INDUSTRIAL STEAM CO.**
**VERSUS**
**CALCASIEU PARISH SCHOOL SYSTEM  SALES & USE TAX DEPT., ET AL.**

**Appealed from Calcasieu Parish Case No. 2010-3564 C/W 2008-6375, C/W 2010-5853**

**BEFORE JUDGES:**

> **Hon. Oswald A. Decuir**
> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing and the application for rehearing en banc filed by **Nelson Industrial Steam Co.** have this day been

> **DENIED.**

cc: Cheryl Mollere Kornick, Amicus Counsel
    Russell Joseph Stutes  Jr., Counsel for the Appellee